804 A.2d 1166

IN THE MATTER OF JOHN L. BLUNT, AN ATTORNEY AT LAW.

September 6, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 01–198, concluding that **JOHN L. BLUNT** of **FAIRVIEW,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.2(d) (counseling a client in conduct the attorney knows is illegal, criminal or fraudulent), and good cause appearing;

It is ORDERED that JOHN L. BLUNT is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.